IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI SERENE OPAL MEEKS,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE UNITED STATES,<br><br>    Respondent. | No. 2:22-CV-0598-DMC-P<br><br>ORDER |

Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 3. Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

---

[1] The matter was transferred to this Court by the Ninth Circuit Court of Appeals as an original habeas petition erroneously filed in the circuit court. See ECF No. 1.

1

1   Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to
2 proceed in forma pauperis, ECF No. 3, is granted.

4 Dated: April 22, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE