IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI SERENE OPAL MEEKS, | No.  2:22-CV-0598-DJC-DMC-P |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE OF THE UNITED STATES, | |
| Respondent. | |

Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 12, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

---

[1] The matter was transferred to this Court by the Ninth Circuit Court of Appeals as an original habeas petition erroneously filed in the circuit court.  See ECF No. 1.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 12, 2024, ECF No. 15, are adopted in full.

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with court rules and orders.

3. Respondent's motion to dismiss, ECF No. 12, is DENIED as moot.

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 8, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE